UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MASIH H. MUHAMMAD,

        Petitioner,                      Case No. 1:08cv494

v.                                              Hon. Robert J. Jonker

UNITED STATES GOVERNMENT,

        Respondent.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on April 10, 2009. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 10, 2009, is approved and adopted as the opinion of the court.

        **IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (docket #8) is **GRANTED**.

                                                              /s/ Robert J. Jonker
                                                              ROBERT J. JONKER
                                                      UNITED STATES DISTRICT JUDGE

DATED:  June 1, 2009.